```
___ FILED       ___ LODGED
___ RECEIVED    ___ COPY

    AUG 0 7 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Deswood West,<br><br>    Defendant. | No. CR-18-08269-PCT-DLR (JZB)<br><br>**REDACTED**<br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153, 2243 and 2246<br>(CIR – Sexual Abuse of a Minor)<br>Count 1<br><br>18 U.S.C. §§ 1153, 2241(c) and 2246<br>(CIR – Aggravated Sexual Abuse of a Child)<br>Counts 2 and 3<br><br>18 U.S.C. §§ 1153, 2244(a)(5) and 2246<br>(CIR – Abusive Sexual Contact of a Child)<br>Count 4 |

THE GRAND JURY CHARGES:

### COUNT 1

On or between January 1, 2018 and February 22, 2018, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant DESWOOD WEST, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 1, a child who was then over the age of 12 and under the age of 16 and at least 4 years younger than defendant. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of

the defendant, the last time.

In violation of Title 18, United States Code, Sections 1153, 2243 and 2246.

### COUNT 2

On or between January 1, 2018 and February 22, 2018, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant DESWOOD WEST, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 1, a child who was then over the age of 12 and under the age of 16 and at least 4 years younger than defendant, by using force against her. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, the last time.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

### COUNT 3

On or between July 24, 2015 and July 23, 2016, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant DESWOOD WEST, an Indian, did knowingly engage in and attempt to engage in a sexual act with the victim, Jane Doe 1, a child under the age of 12. The sexual act involved penetration, however slight, of the victim's genital opening by the defendant's finger, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual desire of the defendant, when she was 11 years old and he covered her mouth with his hand.

In violation of Title 18, United States Code, Sections 1153, 2241(c) and 2246.

### COUNT 4

On or between June 5, 2016 and June 4, 2017, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, defendant DESWOOD WEST, an Indian, did knowingly engage in a sexual contact with the victim, Jane Doe 2, a child under the age of 12. The sexual contact involved intentional touching, directly and/or through the clothing, of the victim's genitalia and groin with the defendant's hand, with an intent to abuse, humiliate, harass and degrade the victim and arouse and gratify the sexual

desire of the defendant, when she was eight years old and he put a blanket over her.

In violation of Title 18, United States Code, Sections 1153, 2244(a)(5) and 2246.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date:  August 7, 2018

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/*
SHARON K. SEXTON
Assistant U.S. Attorney