1  WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-08269-001-PCT-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Deswood West, | |
| Defendant. | |

The defendant appeared in court with counsel. Pursuant to 18 U.S.C. § 3148 a pretrial release revocation hearing was conducted after Defendant did not dispute the allegations in the Petition. The Court finds by clear and convincing evidence that the defendant has violated the terms of defendant's previously imposed pretrial release conditions as alleged in the Petition to Revoke.

After considering the factors set forth in 18 U.S.C. § 3142(g), the Court concludes there are no conditions or combination of conditions which will assure the defendant will not flee or pose a danger to the safety of other persons or the community and that if there were such conditions the defendant is unlikely to abide by such conditions. Notably, Defendant was found in his home while a sever-year-old was also present in the home. Although the juvenile was supervised by another adult, Defendant was explicitly required to have no minors in his residence (in light of the nature of the charges in the case).

//

//

**IT IS ORDERED** that the defendant be detained.

Dated this 27th day of November, 2018.

                                         _____
                                         Honorable John Z. Boyle
                                         United States Magistrate Judge